**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA BURTON, | No. C06-03944 MJJ |
| Plaintiff, | **ORDER** |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

The Requests for Telephonic Appearances at the Initial Case Management Conference scheduled for Tuesday, September 26, 2006, are granted. The plaintiff is designated to initiate the conference call and must contact the court at (415) 522-2123 for further instructions.

**IT IS SO ORDERED.**

Dated:     9/19/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE