IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA BURTON, | No. C 06-3944 **MJJ** |
| Plaintiff(s), | **CLERK'S NOTICE TERMINATING PENDING MOTIONS** |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, et al., | |
| Defendant(s). | |

_____/

YOU ARE NOTIFIED THAT Docket No. 19 is deemed moot and terminated, in light of Docket No. 34; and Docket No. 24 is deemed moot and terminated; it was mislabeled as a motion upon its filing.

Dated: April 18, 2007                              FOR THE COURT,

                                                              Richard W. Wieking, Clerk

                                                              By: _____
                                                                   Edward Butler
                                                                   Courtroom Deputy