Eric F. Fagan (SBN 228007)
LAW OFFICES OF ERIC F. FAGAN
2220 Otay Lakes Rd. #502-84
Chula Vista, CA 91915
efagan@efaganlaw.com
Phone: 619-656-6656; Fax: 775-989-5471
Attorney for Plaintiffs

Barry Adler (SBN 60397)
Jerome M. Yalon (SBN 84204)
ESKANOS & ADLER, A Professional Corp.
2325 Clayton Road
Concord, CA 94520
Phone: 925-969-1900; Fax: 925-969-1812
Attorney for Defendants Eskanos & Adler and Donald Stebbins

Debbie P. Kirkpatrick (SBN 207112)
SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, LLP
3667 Voltaire Street
San Diego, CA 92106
Phone: 619-758-1891; Fax: 619-222-3667
Attorney for Defendant Portfolio Recovery Associates

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYRNA BURTON ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> PORTFOLIO RECOVERY ) <br> ASSOCIATES, L.L.C.; ESKANOS & ) <br> ADLER, a professional corporation; ) <br> DONALD R. STEBBINS, an ) <br> individual; and DOES 1 THROUGH 10 ) <br> INCLUSIVE, ) <br> ) <br> Defendants ) <br> ) | Civil Case No.:  C06-03944 MJJ <br><br> **JOINT APPLICATION AND STIPULATION OF DISMISSAL** |

## I. APPLICATION

The parties hereby apply to this court to dismiss the entire action and all causes of action with prejudice.  Good cause exists for the dismissal as set forth below in the stipulation.

1
JOINT APPLICATION AND STIPULATION OF DISMISSAL

## II. STIPULATION

IT IS HEREBY STIPULATED by and between the Plaintiff MYRNA BURTON and the Defendants PORTFOLIO RECOVERY ASSOCAITES, LLC; ESKANOS & ADLER, APC; and DONALD STEBBINS that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: May 3, 2007         LAW OFFICES OF ERIC F. FAGAN

_____/s/_____
Eric F. Fagan, Attorney for Plaintiff

Dated: May 2, 2007         ESKANOS & ADLER, APC

_____/s/_____
Jerome M. Yalon, Attorney for Defendants Eskanos & Adler; and Donald Stebbins

Dated: May 3, 2007         SESSIONS, FISHMAN & NATHAN IN CA, LLP

_____/s/_____
Debbie P. Kirkpatrick, Attorney for Defendant Portfolio Recovery Associates, LLC

Dated: 5/4/2007



IT IS SO ORDERED
Judge Martin J. Jenkins

2
JOINT APPLICATION AND STIPULATION OF DISMISSAL